UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Case No.: 17-cv-60552-BLOOM/Valle**

TIKIZ FRANCHISING, LLC,
a Florida limited liability company,

      Plaintiff/Counter-Defendant,

v.

ERIC PIDDINGTON,
an individual,

      Defendant/Counter-Plaintiff

v.

BRIAN TOLLEFSON, an individual, and
DAVID TOLLEFSON, an individual,

      Third-Party Defendants.

_____/

## MEDIATOR'S REPORT

COMES NOW the undersigned JAMS mediator who reports to the Court that the parties mediated the above-captioned case. The mediator/neutral reports that: the parties entered into an agreement.

Respectfully submitted this 24th day of October, 2017.

Jeffrey Grubman, Esq.
JAMS Mediator/Neutral
Tuesday, October 24, 2017

*Copies furnished to:*
    *Counsel of Record, Clerk of Court, Presiding Judge*